UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

-------------------------------------------------------x

JAMES BLEDSOE,                                  :
an individual,                                  :        CASE NO.: 5:26-cv-675-SMH-MLH
                                                :
            Plaintiff,                          :        Judge: Hon. S. Maurice Hicks
vs.                                             :
                                                :        Magistrate: Hon. Mark L. Hornsby
AFRE INVESTMENTS LA, LLC,                       :
                                                :
            Defendant.                          :
-------------------------------------------------------x

## NOTICE OF VOLUNATARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this Notice of Voluntary Dismissal With Prejudice and hereby dismisses the above-captioned case, with prejudice, against the Defendant.  The opposing party has not filed an answer or a motion for summary judgment. Dated this the 18th day of May, 2026.

Respectfully Submitted,

/s/ Andrew D. Bizer
THE BIZER LAW FIRM, L.L.C.
Attorney for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

1

## CERTIFICATE OF SERVICE

I hereby certify that on or about May 18, 2026, the foregoing pleading has been or will be sent to all parties via email and/or via CM/ECF notice.

By:/s/ Andrew D. Bizer

**ANDREW D. BIZER**